## Case No. 14,800.

### UNITED STATES v. CLANCEY.

[1 Cranch, C. C. 13.] [1]

Circuit Court, District of Columbia. June Term, 1801.

WITNESS—INTEREST—OWNER OF STOLEN GOODS— RELEASE OF INTEREST IN FINE.

Upon indictment for larceny under the act of congress [of 1790 (1 Stat. 112)], the owner of the goods stolen is a competent witness after having released to the United States his half of the fine.

[Cited in U. S. v. McCann. Case No. 15,655; U. S. v. Brown. Id. 14,657; U. S. v. Tolson, Id. 16,530.]

Indictment [against John Clancey], under the act of congress, for stealing the goods of Luke O'Dea.

The attorney for the United States offered the owner of the goods as a witness. The counsel for the prisoner objected, because, by the act of congress, half of the fine is to go to the owner.

The witness executed a release to the United States of his half of the fine, whereupon he was sworn.